# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00162-CV

**Niteclubs Enterprises, Inc. and Warren H. Dronebarger, Appellants**

**v.**

**Gregory L. Winborn and Cherub Enterprises, Inc., Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. D-1-GN-001009, HONORABLE RHONDA HURLEY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed an unopposed motion to dismiss this appeal.  We grant appellants' motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(1).

_____

Marilyn Aboussie, Justice

Before Chief Justice Jones, Justices Henson and Aboussie*

Dismissed on Appellants' Motion

Filed:  February 14, 2012

* Before Marilyn Aboussie, Chief Justice (retired), Third Court of Appeals, sitting by assignment.
*See* Tex. Gov't Code Ann. § 74.003(b) (West 2005).